458 A.2d 275

Commonwealth v. Killen, Appellant.

Argued January 20, 1983. Silvio Fausto Modafferi, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Judgment of sentence affirmed.

458 A.2d 275

Commonwealth v. Lantz, Appellant.

Argued January 6, 1983. Charles B. Swigart, for appellant; Harvey B. Reeder, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before SPAETH, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.